# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ANDREW PAVLOU,**

    **Plaintiff,**

v.                                                  Case No.  8:09-cv-1456-T-30MAP

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion for Award of Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (Dkt. #20). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Unopposed Motion for Award of Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (Dkt. #20) is GRANTED.

2. The Clerk of Court is directed to enter Judgment for an award of attorney's fees in the sum of $2,560.00 in favor of Plaintiff and against Defendant.

**DONE** and **ORDERED** in Tampa, Florida on November 10, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-1456.judgment 20.frm